UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RONELL SWEAT

Defendant.

**ORDER**

24 Cr. 195 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A pre-trial conference will be held on **Thursday, April 18, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York April 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge