UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RONELL SWEAT<br><br>                Defendant. | **ORDER**<br><br>24 Cr. 195 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The pre-trial conference currently scheduled for April 18, 2024, at 10:00 a.m is adjourned to **April 18, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         April 17, 2024

SO ORDERED.

Paul G. Gardephe
United States District Judge