# ANTHONY L. RICCO
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 964-2926
tonyricco@aol.com

**MEMO ENDORSED**

February 26, 2025

*Sentencing is adjourned to April 10, 2025 at 2:00 p.m. Defense sentencing submissions are due on March 27, 2025, and the Government's sentencing submission is due on April 3, 2025.*

**SO ORDERED:**
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Feb 26, 2025

BY E.C.F.
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Ronell Sweat*, Docket No. 24-Cr-195 (PGG)

Dear Judge Gardephe:

This letter motion is submitted to request a 30 day adjournment of sentencing on behalf of the defendant, Ronell Sweat. Sentencing in the above-referenced matter is currently scheduled for March 10, 2025, at 3:00 p.m. However, a 30 day adjournment is sought in order to provide defense counsel adequate additional time to draft and file a sentencing submission on behalf of Ronell Sweat. This is defense counsel's first application for an adjournment of sentencing in this matter, and the request is necessitated by defense counsel's recent schedule.[1]

A.U.S.A. Courtney Heavey was informed of defense counsel's intention to file this motion and has in indicated that there is no objection on behalf of the government.

Respectfully submitted,

*Anthony L. Ricco*
Anthony L. Ricco, Esq.

ALR/jh

cc: A.U.S.A. Courtney Heavey (By E.C.F.)

---

[1] Until two days ago, I was an attorney of record in the criminal matter of *United States v. Sean Combs*, 24-cr-542 (AS), before the Hon. Arun Subramanian, which involved a very substantial amount of pretrial motion practice and litigation. Additionally, among other matters, I have been required to prepare for trial in New York State Supreme Court, where this morning I am scheduled to begin pretrial hearings in the matter of *People v. Omar Bailey*, New York County Indictment No. 70563-24/002.