UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

RONELL SWEAT,

Defendant.

**ORDER**

24 Cr. 195 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter is currently scheduled for May 13, 2025, at 3:00 p.m. The parties dispute what Guidelines provision applies to the Defendant's guilty plea to a violation of 18 U.S.C. § 922(g). The Government argues that the Guidelines provision for attempted first-degree murder applies, while Defendant urges the Court to apply the Guidelines provision for aggravated assault. Which provision applies turns on Mr. Sweat's intent in connection with a shooting he committed on November 15, 2023. The parties have submitted video exhibits showing the shooting, but disagree as to what conclusions should be drawn from the video evidence.

The Court has reviewed the video exhibits, but will give the parties an opportunity to play the videos for the Court and make any arguments they wish about the video evidence at the scheduled May 13, 2025 proceeding. Sentencing will proceed at a later date that will be set at the May 13, 2025 proceeding.

Dated: New York, New York
       May 9, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge