UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v.–<br><br>RONELL SWEAT,<br><br>Defendant. | ORDER<br><br>24 Cr. 195 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Ronell Sweat pleaded guilty to possessing ammunition after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). On June 6, 2025, Defendant Sweat was sentenced to fifteen years' imprisonment. (Judgment (Dkt. No. 40)) On June 18, 2025, Sweat filed a notice of appeal. (Dkt. No. 43)

        While Sweat retained counsel for the proceedings before this Court, he has filed a sealed, ex parte application for leave to proceed on appeal in forma pauperis. (Jul. 23, 2025 Ltr.) Fed. R. App. P. 24(a)(1) states that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Based on Sweat's financial affidavit, his application to proceed in forma pauperis on appeal is granted.

Dated: New York, New York
        August 11, 2025

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge